UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELSA DIAZ REYES,<br><br>                    Petitioner,<br><br>     v.<br><br>CHAD WOLF, et al.,<br><br>                    Respondents. | Case No. C20-0377-JLR-MAT<br><br>ORDER GRANTING MOTION TO SEAL |

Finding good cause, the Court GRANTS Petitioner's motion to seal (Dkt. 3), which the Government did not oppose. The Clerk is directed to maintain the seal on Docket 4 and the attachments thereto. The Clerk is further directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this <u>7th</u> day of August, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL
- 1