UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELSA DIAZ REYES,<br><br>                           Petitioner,<br><br>      v.<br><br>CHAD WOLF, Acting Secretary of the Department of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; ELIZABETH GODFREY, Acting Field Office Director of Enforcement and Removal Operations, Seattle District Office, Immigration and Customs Enforcement; STEVEN LANGFORD, the Geo Group Inc., Warden of Northwest ICE Processing Center,<br><br>                         Respondents. | Case No. 2:20-cv-377-JLR-MAT<br><br>[~~PROPOSED~~] ORDER ON MOTION TO SEAL PURSUANT TO LOCAL CIVIL RULE 5(g)<br><br>NOTED ON MOTION CALENDAR:<br>January 7, 2021 |

This matter having come before the Court on Petitioner's Motion to Seal, the Court hereby orders that the redacted portions of Petitioner's Motion to Seal, Motion to Enforce, and exhibits to the Maltese declaration are sealed. Good cause exists to seal these documents in light of the sensitive law enforcement information that they contain and the threat that public disclosure may pose to Petitioner's safety and well-being.

[PROPOSED] ORDER ON
PET'R'S MOT. TO SEAL – 1
Case No. 2:20-cv-377-JLR-MAT

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

DATED this 12 day of JAN., 2020.

_____
United States District Judge

Presented this 7th day of January, 2021.

s/ Matt Adams
Matt Adams
Email: matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis
Email: aaron@nwirp.org

s/ Margot Adams
Margot Adams
Email: margot@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611

[PROPOSED] ORDER ON
PET'R'S MOT. TO SEAL – 2
Case No. 2:20-cv-377-JLR-MAT

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611